1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SANDOR TORRES THIESSEN,                    No.  2:13-cv-0722 LKK KJN P

12                    Petitioner,

13           v.                                  ORDER TO SHOW CAUSE

14    WILLIAM KNIPP, et al.,

15                    Respondents.

16

17           Petitioner is a state prisoner proceeding pro se with an application for writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  On December 18, 2013, respondents filed a motion to

19    dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:

20    "Failure of the responding party to file written opposition or to file a statement of no opposition

21    may be deemed a waiver of any opposition to the granting of the motion . . . ."

22           Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within

23    twenty-one days, why his failure to oppose respondents' December 18, 2013 motion to dismiss

24    should not be deemed a waiver of any opposition to the granting of the motion, and he shall file

25    an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an

26    ////

27    ////

28    ////

                                                  1

1  opposition to the pending motion to dismiss, will result in a recommendation that this action be

2  dismissed.

3  Dated:  January 14, 2014

4

5  /thie0722.46h

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2