UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOR TORRES THIESSEN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM KNIPP, et al.,<br><br>Respondents. | No. 2:13-cv-0722 LKK KJN P<br><br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court has considered all of the appropriate factors and the pleadings in this case and does not find that the interests of justice would be served by the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 32) is denied without prejudice.

Dated: June 6, 2014

thie0722.110

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE